Hattie CAIN, Appellant,

v.

**DEACONESS LONG TERM CARE OF MISSOURI, INC., Defendant,**

and

**Division of Employment Security, Respondent.**

**No. WD 67845.**

Missouri Court of Appeals, Western District.

Sept. 4, 2007.

Samuel McHenry, Kansas City, for Appellant.

Larry R. Ruhmann, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Hattie Cain appeals the Labor and Industrial Relations Commission's decision that she is not eligible for unemployment benefits because she voluntarily left her job with Deaconess Long Term Care of Missouri, Inc., without good cause attributable to her work or to her employer. We affirm. Rule 84.16(b).